**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **VICTOR ANIS JOHNSON,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-733-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case.  On March 13, 2026, Victor Anis Johnson, an alleged Cuban national who is subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 1.  In answer to the Court's Show Cause Order, ECF No. 3, Respondents filed their Response, ECF No. 4, in opposition to Anis Johnson's Petition.

Respondents argue that Anis Johnson's continued detention is lawful because his "removal is, in fact, significant[ly] likely in the reasonably foreseeable future."  *See* Resp. 3.  In support, they attach the Declaration of Supervisory Detention and Deportation Vennesa Martinez ("Martinez Decl."), ECF No. 4-1.  According to Martinez, on January 30, 2026, Cuba denied Anis Johnson for repatriation because he is not a citizen or national of Cuba.  *Id.* ¶ 17.  On February 17, Anis Johnson refused removal to Mexico under the Cuba, Venezuela, Nicaragua, and Haiti (CVNH) agreement.  *Id.* ¶ 18.  On February 19, "ERO El Paso intel initiated an investigation regarding Johnson's nationality, as to possibly being a citizen of Nigeria."  *Id.* ¶ 20. Respondents attach a Form I-213, which indicates that Anis Johnson claimed to have four children, who were in the custody of their mother, who is Nigerian.  *See* Resp. 4; *id.* Ex. B

("Form I-213), ECF No. 4-2.  Because Respondents have not yet verified Anis Johnson's nationality, "[t]he anticipated timeline to remove [him] is currently unknown."  *Id.* ¶ 23.

Given that Respondents are investigating Anis Johnson's nationality, and that removal of Johnson to Nigeria, Mexico, or a third country, would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than April 24, 2026**, detailing the following:

(1)  whether Respondents have identified Anis Johnson's nationality, and if not, the process required to do so, the anticipated timeline for identification, and any obstacles;

(2)  if Respondents have identified Anis Johnson's nationality, whether they have submitted a travel document request to his country of origin, and if not, the anticipated timeline for submission, and any obstacles;

(3)  if Respondents have submitted a travel document request to Anis Johnson's country of origin, the date of submission, the anticipated timeline for approval, and any obstacles;

(4)  if Anis Johnson's country of origin has approved the travel document request, the date of approval, the anticipated timeline for his removal, and any obstacles; and

(5)  whether Anis Johnson may be lawfully removed to Mexico without his consent, and if so, the anticipated timeline for his removal to Mexico, and if not, whether he has consented to be removed to Mexico.

**SO ORDERED**.

**SIGNED this 24th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

3