**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **VICTOR ANIS JOHNSON,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-733-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case.  On March 24, 2026, the Court ordered Respondents to file a status report by April 24 detailing (1) whether they had identified Anis Johnson's nationality, and if not, the process required to do so, the anticipated timeline for identification, and any obstacles; (2) if Respondents identified Anis Johnson's nationality, whether they submitted a travel document request to his country of origin, and if not, the anticipated timeline for submission, and any obstacles; (3) if Respondents submitted a travel document request to Anis Johnson's country of origin, the date of submission, the anticipated timeline for approval, and any obstacles; (4) if Anis Johnson's country of origin approved the travel document request, the date of approval, the anticipated timeline for his removal, and any obstacles; and (5) whether Anis Johnson may be lawfully removed to Mexico without his consent, and if so, the anticipated timeline for his removal to Mexico, and if not, whether he consented to be removed to Mexico.  Mar. 24, 2026, Order 2, ECF No. 5.

Respondents have now filed a Status Report, ECF No. 6, and in support, attached the Declaration of Supervisory Detention and Deportation Officer Vennesa Martinez ("Martinez Decl."), ECF No. 6-1.  According to Martinez, on April 1, 2026, Enforcement and Removal

Operations ("ERO") El Paso Intel Unit attempted to investigate Anis Johnson's nationality and country of origin, but Johnson "invoked his right to [not] answer any questions from the intel officers" and "provid[ed] no information regarding his nationality nor country of origin." Martinez Decl. ¶ 7.  ERO El Paso Intel subsequently coordinated with the Federal Bureau of Investigations Translation Services and determined that Anis Johnson speaks Yoruba, a dialect spoken in Nigeria.  *Id.* ¶ 8.

As for Anis Johnson's removal to Mexico, Martinez states that he "has failed to comply with removal to Mexico under [the Cuba, Venezuela, Nicaragua, and Haiti ('CVNH') repatriation agreement on] multiple occasions."  *Id.* ¶ 11.  Although Martinez states that "the Government of Mexico has agreed to accept [Anis Johnson] upon request from ERO El Paso" and that his removal to Mexico would be "lawful," she does not address whether Mexico's acceptance of Anis Johnson is conditioned on his consent.  *See id.* ¶ 5.  And, the Court takes judicial notice, on the basis of Respondents' representations in other habeas proceedings in this Court, that they cannot remove Anis Johnson to Mexico under the CVNH program without his consent.  Martinez also confirms that Anis Johnson cannot be removed to Cuba.  *See id.* ¶ 9.  Thus, "ERO El Paso will continue to coordinate third country removal efforts."  *Id.* ¶ 12.  However, "[t]he anticipated timeline to remove [Anis Johnson] is currently unknown."  *Id.* ¶ 13.  Nevertheless, as Anis Johnson has been detained for approximately two and a half months, and Respondents are making efforts to remove him, the Court finds an additional status update is warranted.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than May 27, 2026**, detailing the following:

(1) whether Respondents have confirmed that Anis Johnson is a Nigerian national, and if so, whether they have submitted a travel document request to Nigeria, and if not, the anticipated timeline for submission, and any obstacles;

(2) whether Respondents have identified any other third countries for Anis Johnson's removal, and if not, the anticipated timeline for identification;

(3) if Respondents have identified another third country for Anis Johnson's removal, whether Respondents have submitted travel documents to that country on Anis Johnson's behalf, and if not, the anticipated timeline for submission;

(4) whether Anis Johnson has consented to be removed to Mexico; and

(5) the anticipated timeline for Anis Johnson's removal.

**SO ORDERED**.

**SIGNED this 27th day of April, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

3