**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **VICTOR ANIS JOHNSON,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-733-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## **ORDER**

On this day, the Court considered the case.  On April 27, 2026, the Court ordered

Respondents to file a status report by May 27 detailing (1) whether they confirmed that Anis

Johnson is a Nigerian national, and if so, whether they submitted a travel document request to

Nigeria, and if not, the anticipated timeline for submission, and any obstacles; (2) whether

Respondents identified any other third countries for Anis Johnson's removal, and if not, the

anticipated timeline for identification; (3) if Respondents identified a third country for Anis

Johnson's removal, whether Respondents submitted travel documents to that country on Anis

Johnson's behalf, and if not, the anticipated timeline for submission; (4) whether Anis Johnson

consented to be removed to Mexico; and (2) the anticipated timeline for Anis Johnson's removal.

Apr. 27, 2026, Order, ECF No. 7.

Respondents have now filed a Status Report, ECF No. 9, and in support, attached the

Declaration of Supervisory Detention and Deportation Officer Vennesa Martinez ("Martinez

Decl."), ECF No. 9-1.  According to Martinez, on April 1, 2026, Enforcement and Removal

Operations ("ERO") El Paso submitted a request to ERO-Nigeria requesting assistance in

identifying Anis Johnson's nationality.  Martinez Decl. ¶ 5(1).  On May 14, ERO-Nigeria

requested photos of Anis Johnson and ERO El Paso provided these photos. *Id.* ¶¶ 5(2–3). ERO-Nigeria "advised that they suspect [that Anis Johnson's] true and correct name is David Olokor." *Id.* ¶ 5(4). However, a determination of Anis Johnson's nationality has still not been made. *See id.* ¶ 5(5). As for Anis Johnson's removal to other third countries, on April 27, ERO El Paso sent a request to Headquarters Removal International Operations ("HQ RIO") for nomination of Anis Johnson for third country removal. *Id.* ¶ 6(1). On May 26, ERO El Paso requested an update from ERO Nigeria and HQ RIO. *Id.* ¶¶ 5(7); 6(2). As of that date "[t]he anticipated timeline to remove [Anis] Johnson is currently unknown." *Id.* ¶ 9.

Because Anis Johnson has been detained for approximately three and a half months, and Respondents are making efforts to remove him, the Court finds an additional status update is warranted.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than June 29, 2026**, detailing the following:

(1) whether Respondents have confirmed that Anis Johnson is a Nigerian national, and if so, whether they have submitted a travel document request to Nigeria, and if not, the anticipated timeline for submission, and any obstacles;

(2) whether Respondents have identified any other third countries for Anis Johnson's removal, and if not, the anticipated timeline for identification;

(3) if Respondents have identified another third country for Anis Johnson's removal, whether Respondents have submitted travel documents to that country on Anis Johnson's behalf, and if not, the anticipated timeline for submission;

(4) whether Anis Johnson has consented to be removed to Mexico; and

(5) the anticipated timeline for Anis Johnson's removal.

**SO ORDERED**.

**SIGNED this 29th day of May, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE